UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No.

JERRY NUNEZ ALCANTARA,

    Defendants,
_____/

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Plaintiff, THE UNITED STATES OF AMERICA, and alleges:

**Jurisdiction**

1. This is an action for damages against Defendant, JERRY NUNEZ ALCANTARA, due to non-payment of a promissory note and loan authorization and agreement.

2. This Court has jurisdiction over the subject matter of this action pursuant to Article, III Section 2, U.S. Constitution and 28 U.S.C. § 1345.

## Parties

3. Plaintiff, THE UNITED STATES OF AMERICA (the "U.S.A."), brings this action acting through the United States Department of the Treasury, Bureau of the Fiscal Service (the "U.S. Treasury").

4. Defendant, JERRY NUNEZ ALCANTARA ("ALCANTARA"), resides in Osceola County, Florida at 4759 Windwood Drive, Kissimmee, FL 34746.

## Venue

5. Venue is proper in this judicial district of this Court pursuant to 28 U.S.C. §1391(b)(2) because ALCANTARA is located in this judicial district and a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

## Statement of Claim

6. On or about December 19, 2017, ALCANTARA executed and delivered to the U.S. Small Business Loan Administration (the "SBA") a promissory note in the amount of $26,000.00 with annual interest accruing at 1.75% (the "Note"). ALCANTARA further agreed to be bound by the terms of the loan authorization and agreement dated December 17, 2017, which he executed on or about January 5, 2018 (the "Agreement"). Copies of the Note

and Agreement are attached hereto and incorporated herein as Composite Exhibit "A."

7. ALCANTARA failed to make payments under the Note and Agreement and became delinquent on or about November 19, 2019 with a principal balance due of $24,707.02.

8. The U.S.A. is the current owner and holder of the Note and Agreement and all other documents and instruments associated with the Loan.

9. Due to the defaults under the Note and Agreement by ALCANTARA, the U.S.A. exercised its right of acceleration and declared the full amount payable under the Note and Agreement to be due.

10. As of October 3, 2025, ALCANTARA owed the U.S.A. the amount of $35,830.86, calculated as follows:

| | | |
|---|---|---|
| A. | Principal: | $24,707.02 |
| B. | Accrued Interest from October 3, 2025 (daily rate $1.18) | $ 2,446.05 |
| C. | Administrative Fees | $ 8,677.79 |
| | **Total:** | **$35,830.86** |

A copy of the Certificate of Indebtedness is attached hereto and incorporated herein as Exhibit "B".

11. ALCANTARA has failed to pay the amount owed despite demands made by the U.S.A.

12. As a direct and proximate result of the defaults under the Note and Agreement by ALCANTARA, the U.S.A. has been damaged.

13. Pursuant to the Note and Agreement, the U.S.A. is entitled to recover from ALCANTARA all costs and expenses incurred in this action, including a reasonable attorneys' fee.

14. The U.S.A. has retained the services of the undersigned law firm and is obligated to pay its attorneys a reasonable fee for the services rendered.

15. All conditions precedent to this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against Defendant, JERRY NUNEZ ALCANTARA, in the principal amount of $35,830.86, plus interest from October 3, 2025 through the date of the judgment, post-judgment interest pursuant to 28 U.S.C. §1961, all allowable administrative costs and expenses and all other allowable costs and expenses pursuant to 28 U.S.C. § 2412 (a)(2), and all such other and further relief which this Court deems just and proper.

DATED this 18<u>th</u> day of November, 2025.

                        Respectfully submitted,

               By: /s/ Todd M. Hoepker
                  Todd M. Hoepker, Esq.
                  (FL Bar ID 507611)
                  Attorney for the Plaintiff United States of America
                  On behalf of Schuerger Law Group
                  P.O. Box 3311
                  Orlando, FL 32802-3311
                  Telephone: (407) 426-2060
                  Facsimile: (407) 426-2066
                  toddhoepker@toddhoepkerlaw.com
                  copies to: efiling@schuergerlaw.com